IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30145
_____

DAVID MARTIN,

                                        Plaintiff-Appellant
                                        Cross-Appellee,

versus

PRIDE OFFSHORE COMPANY, INC.,
ET AL, FREEPORT MCMORAN RESOURCE
PARTNERS, LIMITED PARTNERSHIP,

                                        Defendant-Appellee
                                        Cross-Appellant.

---------------------

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-3754)
---------------------

September 30, 1999

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     David Martin sued the owner of an offshore oil platform,
Freeport McMoran Research Partners ("Freeport"), alleging
negligence and vicarious liability for injuries he sustained
while an employee of the independent drilling contractor hired by
Freeport.  The district court granted summary judgment for
Freeport.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Having reviewed the parties' briefs, the district court's opinion, and pertinent sections of the record, the Court agrees that no genuine issue of material fact exists.  This Court therefore affirms for essentially the same reasons articulated by the district court.  In light of this disposition, it is unnecessary to review Freeport's cross-appeal.

AFFIRMED.